EVERSHEDS SUTHERLAND

**Eversheds Sutherland (US) LLP**
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, NY 10036-7703

D: 212.389.5082
F: 212.389.5099

alexfuchs@eversheds-sutherland.com

October 27, 2026

**VIA ECF**
The Honorable Margaret M. Garnett
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re: 26-CV-07486 (MMG)**
***Shidler v. Wells Fargo Trust Company, National Association, as Trustee of the Ground Lease Trust – 2018C***

Dear Judge Garnett:

Wells Fargo Trust Company, National Association, as Trustee of the Ground Lease Trust – 2018C ("Wells Fargo") writes to request guidance with respect to the Amended Complaint [Docket No. 29] filed by Jay H. Shidler ("Plaintiff") in response to Wells Fargo's Motion to Transfer, Stay, or Dismiss (the "Motion") [Docket No. 23]. Plaintiff, after filing the Amended Complaint, filed a Brief in Opposition to Defendant's Motion to Transfer, Stay, or Dismiss the Complaint [Docket No. 30].

Your Honor's Individual Rules & Practices § II.B.6 provides that, if a plaintiff chooses to file an amended complaint, "the Court will deny the previously-filed motion to dismiss as moot without prejudice, and the defendant must within 14 days after service of the amended complaint (1) answer; (2) file a new or supplemental motion to dismiss; or (3) submit a letter on ECF stating that it relies on the previously filed motion to dismiss."

Given that Plaintiff filed both an Amended Complaint and an Opposition to Wells Fargo's Motion, Wells Fargo respectfully requests guidance on whether, pursuant to Individual Rules & Practices § II.B.6, the Court intends to deny the Motion as moot, or whether Wells Fargo should be prepared to respond to both the Opposition and Amended Complaint. Wells Fargo has conferred with the Plaintiff. It is both Wells Fargo's and Plaintiff's preference that the Motion be mooted or denied without prejudice, so that the parties may proceed with briefing under the Amended Complaint.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Alexander P. Fuchs*
Alexander P. Fuchs
Eversheds Sutherland (US) LLP

Eversheds Sutherland (US) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

The motion at Dkt. No. 23 is DENIED as moot. Defendant should instead respond to the Amended Complaint at Dkt. No. 29 by **November 6, 2026**.

SO ORDERED. Dated October 27, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE